RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

CCA NO. PD-1078-14

FILED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

MORRIS WAYNE SIMONS § IN THE COURT OF

VS. §  CRIMINAL APPEALS OF TEXAS

§

THE STATE OF TEXAS § AT AUSTIN, TEXAS

## APPELLANT'S PRO SE MOTION TO SUSPEND RULES 9.3(b)(1) AND 68.4(j) AND FILE ONLY ONE ORIGINAL OF REDRAWN PDR (W/O COPY OF COA OPINION)

TO THE HONORABLE JUDGES OF THIS COURT:

This Court previously STRUCK Appellant, Moris Wayne Simons', PRO SE Petition for Discretionary Review ("PDR") because the PDR did not include a copy of the Court of Appeals ("COA") Opinion and because it was longer than 15 pages. Appellant has redrawn in PRO SE PDR within the 15 page limit. However, Appellant does not have the ability to provide this Court with a copy of the COA Opinion nor extra copies of the PDR. Appellant is indigent and incarcerated. Appellant does not have access to a computer or copy machine. The single copy of the COA Opinion that Appellant possesses has been written on by Appellant making notes. This Court has access to the COA's website to view the COA Opinion in this case and the Opinion is included in the record forwarded from the COA. See, Tex. R. App. Proc., Rule 68.7. It should also be noted that the COA Opinion recognized that Appellant is mentally retarded, with an IQ lower than 70, and that Appellant has been doing the best he can to present his concerns to this Court and abide by the Rules. Therefore, Appellant asks this Court to SUSPEND Rules 9.3(b)(1) and 68.4(j) and allow Appellant to file only the one original of his redrawn PRO SE PDR, without a copy of the COA Opinion. See, Tex.R. App. Proc., Rule 2(good cause to suspend Rules).

## PRAYER

WHEREFORE, ALL CONSIDERED, MORRIS WAYNE SIMONS, the Apellant, acting PRO SE, PRAYS this Honorbale Court GRANT this motion in all things and therein SUSPEND Texas Rules of Appellant Procedure, Rules 9.3(b)(1) and 68.4(j) in this case and allow Appellant to file only the one original of his PRO SE redrawn PDR, wihtout a copy of the COA Opinoin; AND, ANY AND ALL OTHER RELIEF THIS COURT FINDS PROPER IN THE INTEREST OF JUSTICE.

Respectfully Submitted,

X _Morris Simons_
Morris Wayne Simons
TDCJ No. 1825828
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

APPELLANT PRO SE

## CERTIFICATE OF SERVICE

I, Morris Wayne Simons, certify that I have caused a copy of this motion to be mailed 1st Class USPS to the Dallas County District Attorney and the State Prosecuting Attorney by placing it in the prison mail system on this the _8_ day of _JANUARY_ ,201

X _Morris Simons_
Morris Wayne Simons
Appellant PRO SE

## MOTION AND PDR ADOPTED BY MENTALLY RETARDED APPELLANT

This motion and FOR has been prepared by another Inmate that is NOT an attorney. That Inmate has explained the contents of this motion and and the PDR to Appellant as best he could. The Appellant may not fully understand everything in the motion and PDR; yet, it appears to the other Inmate that Appllant understands that by siging this motion and the PDR that Appellant is adopting these pleadings as his own, as if he wrote them himself.

CERTIFIED on this the _3_ day of _JANUARY_ , 2015

X _Samuel Wade Dooley_
Samuel Wade Dooley
TDCJ No. 1075237

X _Morris Simons_
Morris Wayne Simons
Appellant PRO SE